KENNETH L. DZIESINSKI 092158
TRACY C. LEMMON, Bar No. 193372
BRAGG & DZIESINSKI
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendant,
DialogueDirect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNES KIRSCHBAUM | CASE NO. C067604 - BZ |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER SELECTING AN ADR PROCESS** |
| vs. | |
| DIALOGUEDIRECT | |
| Defendant. | |

Counsel report that they have met and conferred regarding ADR. Counsel jointly request that the Court appoint a mediator. Counsel jointly request that the Court schedule this mediation after the Initial Disclosures on March 12, 2007.

DATED: February 26, 2007          SUNDEEN SALINAS & PYLE

                                  By: _____
                                      HUNTER PYLE

DATED: February 26, 2007          BRAGG & DZIESINSKI

                                  By: _____
                                      TRACY C. LEMMON

IT IS SO ORDERED

_____
Bernard Zimmerman, Magistrate Judge
2-27-07
Date

1
ORDER SELECTING AN ADR PROCESS