# SUNDEEN SALINAS & PYLE

ATTORNEYS AT LAW

1330 BROADWAY, SUITE 1830
OAKLAND, CALIFORNIA 94612

RUBEN SUNDEEN
ROBERT SALINAS
HUNTER PYLE
PAMELA KONG

TELEPHONE (510) 663-9240
FACSIMILE (510) 663-9241
hpyle@ssrplaw.com
www.ssrplaw.com

March 2, 2007

*By efiling:*

The Honorable Bernard Zimmerman
United States District Court
Northern District of California
450 Golden Gate Avenue, Ctrm G
San Francisco, CA 94102

   Re: **Kirschbaum v. DialogueDirect**
     **United States District Court-Northern District of California**
     **Case No. C067604-BZ**

Dear Judge Zimmerman,

  Please consider this letter to be a request that I be permitted to appear telephonically at the case management conference set for Monday, March 19, 2007, at 4:00 p.m. in the above-referenced matter. The reason for this request is that I will be in Seattle for expert depositions in another case.

  Alternately, if you would prefer to have someone appear at the conference, my associate Pamela Kong is available to do so.

  Finally, the parties have met and conferred pursuant to Rule 26(f) and have agreed to exchange initial disclosures by March 12, 2007. We are also working together on a joint case management conference statement, and do not anticipate any problems in completing it.

  If you have any questions regarding this letter, please feel free to have your staff contact my office.

            Sincerely,

            SUNDEEN SALINAS & PYLE

            /S/

            Hunter Pyle

HP
Cc: *Tracy Lemmon, Esq.*

[Handwritten note: Granted. Mr. Pyle shall call the Court at 4 PM. 5 March 07 /s/ Bernard Zimmerman]