UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HANNES KIRSCHBAUM, | ) | |
| Plaintiff(s), | ) | No. C 06-7604 BZ |
| v. | ) | **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |
| DIALOGUEDIRECT, INC., | ) | |
| Defendant(s). | ) | |

Having received plaintiff's September 11, 2007 request for a telephonic discovery conference, **IT IS ORDERED** that a telephonic discovery conference is scheduled for **Monday, October 1, 2007 at 3:30 p.m.** Counsel for plaintiff shall initiate the call and get counsel for defendant on the line and call chambers at **415-522-4093**.

Dated: September 12, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KIRSCHBAUM\Ord Sch Tele Disc Conf.wpd

1